IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MANETIRONY CLERVRAIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:22-CV-24-RAH |
| JOHN WAHL, et al., | ) |
| Defendants. | ) |

## **O R D E R**

On April 25, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 15.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) The Motion to Proceed In Forma Pauperis (Doc. 9) is DENIED;

(3) This case is DISMISSED without prejudice prior to service of process.

The Clerk is DIRECTED to terminate all pending motions.

Final judgment will be entered separately.

DONE, on this the 6th day of June, 2022.

                                       /s/ R. Austin Huffaker, Jr.
                                    R. AUSTIN HUFFAKER, JR.
                                    UNITED STATES DISTRICT JUDGE